UNITED STATES OF AMERICA

v.

FERNANDO GONCALVES

**JUDGMENT IN A CRIMINAL CASE**

CASE NO. *3:12CR201(MPS)*
USM NO: *21187-014*

*DOUGLAS P. MORABITO*
Assistant United States Attorney

*DOUGLAS J. LEWIS*
Defendant's Attorney

**THE DEFENDANT:** pled guilty to count **One** of the Information.

Accordingly the defendant is adjudicated guilty of the following offense:

| Title & Section | Nature of Offense | Offense Concluded | Count |
|---|---|---|---|
| 18 U.S.C. Section 1546 | Document Fraud | October 2, 2007 | One |

The following sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IMPRISONMENT**

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total of **Time Served.**

**SUPERVISED RELEASE - Not Imposed.**

**The Mandatory and Standard Conditions are not imposed.**

## CRIMINAL MONETARY PENALTIES
The defendant must pay the total criminal monetary penalties under the schedule of payments as follows.

**Special Assessment:**        $100.00

It is further ordered that the defendant will notify the United States Attorney for this district within 30 days of any change of name, residence or mailing address until all fines, restitution, costs and special assessments imposed by this judgment, are paid.

<u>February 12, 2013</u>
Date of Imposition of Sentence

*Michael P. Shea, USDJ* (signed)
Michael P. Shea
United States District Judge
Date: *February 15, 2013*

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

a _____, with a certified copy of this judgment.

Joseph P. Faughnan
United States Marshal

By _____
Deputy Marshal

**CERTIFIED AS A TRUE COPY
ON THIS DATE _____
ROBERTA D. TABORA, Clerk
BY: _____
   Deputy Clerk**